**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and
Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

July 27, 2023

<u>By ECF and Electronic Mail</u>
The Honorable Diane Gujarati
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *United States v. Whyte*,[1] 22 Cr. 518/23 Cr. 59 (DG)

Dear Judge Gujarati,

  I write in advance of tomorrow's sentencing to provide a brief update to the Court concerning Ms. Whyte's conditions of confinement at MDC Brooklyn, a factor I have asked the Court to consider as one basis for a downward variance from the guidelines. *See* Def. Sent. Subm., ECF No. 14.

  Because of the current severe understaffing at the MDC,[2] it is increasingly unsafe for all detainees, but particularly for Ms. Whyte, given her small stature, her heightened vulnerability based on her trans status and her placement on a male unit. The President of the MDC Correctional Officer Union has written repeatedly to the head of the BOP and regional officials to alert them to the fact that at present there is frequently only one officer available to staff an entire floor, i.e., one officer for approximately 360 detainees. *See* June 23, 2023 Memorandum from AFGE regarding Unsafe Working Conditions at MDC, attached as Exhibit A. The Correctional Officer Union has reported that this results in frequent lockdowns of detainees and to increased violence both among detainees, and between detainees and staff. *Id.* It also means that when there is an emergency on a unit, staff response time is delayed. For example, this

---

[1] Ms. Whyte is a trans gender person who uses female pronouns and prefers to be called Ms. Whyte or Reese rather than Maurice.
[2] The MDC Warden has reported to the SDNY Board of Judges that the facility is currently staffed at approximately 65%.

1

week, on July 24, 2023, after the evening count, when the detainees had been locked in their cells, a detainee housed in the cell next to Ms. Whyte began to experience a seizure, including foaming at the mouth. The detainee's cellmate tried to ring the emergency button, but they are nonfunctional on this unit. The cellmate began banging on their door and window to summon help. There was no officer on their unit. Ms. Whyte and her cellmate, as well as detainees in the adjoining cells all began banging and yelling to try to summon an officer. One detainee broke out the window of a cell to try to reach the fire alarm so that staff would come to the unit and help the detainee experiencing the seizure. No staff came for 27 minutes. When staff did arrive, they informed the detainee that no medical staff were in the building. Such conditions are not safe.

    Thank you for your consideration of this information.

                                  Respectfully submitted,
                                  /s/
                                  Deirdre D. von Dornum
                                  Jesse Ryan (paralegal)
                                  Federal Defenders of New York

Cc:     AUSA Lauren Elbert
          Senior U.S. Probation Officer Jaime Turton